# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

QUENTIN SORROW,

    Plaintiff,

v.

ANIXTER, INC. AND JOHN DOE,

    Defendants.

Civil Action File No: 1:23-cv-00731-LMM

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Anixter, Inc. ("Defendant"), Defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, hereby file their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.

The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    Plaintiff:    **Quentin Sorrow**

Defendant: **Anixter, Inc. Anixter, Inc. is a subsidiary of its parent corporation, WESCO International.**

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Defendant is not aware of any persons, associations, firms, partnerships, or corporations, apart from the parties to this action and their counsel of record that do or may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**For Plaintiff:**

Joel Williams
B. Chase Elleby
M. Jared Easter
Williams Elleby
3450 Acworth Due West Road, Suite 610

Kennesaw, Georgia 30144
Telephone: 404-389-1035
E-mail: joel@gatrialattorney.com
E-mail: chase@gatrialattorney.com
E-mail: jared@gatrialattorney.com

R. Douglas Lenhardt
The Law Office of R. Douglas Lenhardt, LLC
1280 W. Broad Street
Athens, Georgia 30606
Telephone: 706-369-5433
E-mail: doug@lenhardtlaw.com

**For Defendant Anixter, Inc.**

Gwendolyn D. Havlik
Drew, Eckl & Farnham, LLP
303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: havlikg@deflaw.com

4.

[For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship[1] of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

---

[1] Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. *Travaglio v. Am. Express Co*., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to

- 3 -

Plaintiff: **Plaintiff is a citizen of the State of Georgia.**

Defendant: **Anixter, Inc. is a Delaware corporation with it principal place of business in Illinois.**

Respectfully submitted this 23rd day of February, 2023.

                               DREW ECKL & FARNHAM, LLP

                               *s/ Gwendolyn D. Havlik*
                               Gwendolyn D. Havlik
                               **Georgia Bar No.574891**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: havlikg@deflaw.com
**Attorney for Defendant Anixter, Inc.**

---

domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-196 (1990)). A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP*, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. *Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 23rd day of February, 2023.

                                                          DREW ECKL & FARNHAM, LLP

                                                          *s/ Gwendolyn D. Havlik*
                                                          Gwendolyn D. Havlik
                                                          **Georgia Bar No.574891**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: havlikg@deflaw.com
***Attorneys for Defendant Anixter, Inc.***

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

QUENTIN SORROW,

    Plaintiff,

v.

ANIXTER, INC. AND JOHN DOE,

    Defendants.

Civil Action File No: 1:23-cv-00731-LMM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing *Defendant's Certificate of Interested Persons and Corporate Disclosure Statement* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

    Joel Williams
    B. Chase Elleby
    M. Jared Easter
    Williams Elleby
    3450 Acworth Due West Road, Suite 610
    Kennesaw, Georgia 30144

    R. Douglas Lenhardt
    The Law Office of R. Douglas Lenhardt, LLC
    1280 W. Broad Street
    Athens, Georgia 30606

This 23rd day of February, 2023.

                              DREW ECKL & FARNHAM, LLP

                              *s/ Gwendolyn D. Havlik*
                              Gwendolyn D. Havlik
                              ***Georgia Bar No.574891***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: havlikg@deflaw.com
***Attorneys for Defendant Anixter, Inc.***